Hearing Date: March 19, 2014
Time: 1:00 p.m.
Location: Port Orchard

Response must be filed by: March 12, 2014

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: | No. 13-12215 |
|---|---|
| REX AND ROSALEE WELCH,<br>   Debtor. | TRUSTEE'S MOTION TO SELL PROMISSORY NOTE |

TO: The Debtors, Creditors and Parties of Interest:

## I. MOTION

The Trustee moves for an order approving the sale of the property of the Bankruptcy Estate to the parties identified below and for the Trustee to execute any documents which may be necessary to carry out the proposed sale.

The property to be sold, the relevant terms of the sale and other details can be summarized below:

Purchaser: John Palumbo

Sale Price: Three thousand five hundred dollars

Terms of Sale: All cash.

Description of property: Promissory note from James Grossman dated February 1, 2012 in the original amount of $28,000.00

Costs of sale: All closing costs will be paid by purchaser.

Known encumbrances and approximate payoff amounts: at the time the bankruptcy case was filed, the debtors were entitled to the first $12,663.89 as and for their exemption. The Purchaser is purchasing the balance of the note after the debtors have received their exemption amount in full.

Any party desiring any further information should contact the undersigned at the address

Motion
Page 1

JOHN S. PETERSON
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392

printed at the lower right hand corner hereof.

Please note that the order which the Court may ultimately enter on this motion may be materially different from the order as proposed herein depending upon, among other things, any objections or responses hereto. Any party concerned about such material changes should appear at the hearing and/or file appropriate pleadings setting forth their position.

## II. DISCUSSION

The sale is of the debtor's interest in a promissory note. The promissory note is secured by a deed of trust on real property in Harrison County, Mississippi. The original amount of the note was $28,000.00. The note provides for monthly payments of $200.17 and carries an interest rate of 3.5%. The note is being sold at a discount based on the length of the note payments. The purchaser will collect note payments but will provide the debtors with their exemption until the exemption amount of $12,663.89 is paid in full. The Trustee calculates that by the hearing date the debtors would have received 12 payments at $200.17 each or $2,402.04 and thus will be able to continue to receive an amount of $10,261.85 after the hearing date. The purchaser's offer appears reasonable and therefore, Trustee requests approval of the same.

## III. CONCLUSION

The Trustee request the Court to grant his motion and approve the proposed sale of the property (promissory note).

DATED: January 29, 2014          /s/   JOHN   S.   PETERSON
                                  John S. Peterson
                                  Trustee
                                  PO Box 829
                                  Kingston, WA 98346

Motion
Page 2

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392