"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE | NO. 13-12215 |
|---|---|
| | "Proposed" |
| REX AND ROSALEE WELCH, | ORDER AUTHORIZING SALE OF |
| Debtor. | PROPERTY (PROMISSORY NOTE) |

THIS MATTER HAVING come on regularly before this Court, upon the motion of the Trustee to sell property, notice having been sent to the debtor, creditors and all parties in interest and no objections having been received by the Trustee or the Court, the Court finding that the proposed sale is in the best interest of the estate, it is hereby

ORDERED that the trustee is authorized to sell the property described as promissory note from James Grossman to Rosalee and Rex Welch dated February 12, 2012 in the original principal amount of $28,000.00 for payment of $3,500.00 to the bankruptcy estate. The sale is subject to the debtor's claim of exemption in the note which was, as of the date of filing, $12,663.89. The purchaser shall pay the monthly payments on the note to the debtors until the exemption amount is paid in full

Order  
Page 1

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392

///END OF ORDER///

Presented by:
/s/ John S. Peterson
JOHN S. PETERSON
Trustee

Order
Page 2

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392